Scott M. Johnson (Bar #287182)
sjohnson@gajplaw.com
**GAJP P.C.**
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Melissa Rodriguez

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MELISSA RODRIGUEZ**,**<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.<br><br><br><br><br><br>          Defendant. | Case No.: 2:19-cv-00217-MCE-CKD<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Melissa Rodriguez and defendant Bank of America, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   April 25, 2019

**GAJP, P.C.**
/s/ *Scott Johnson*
Scott Johnson
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1